THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GERALD JACKSON, Respondent. [656 NYS2d 993] —Order unanimously reversed on the law, motion denied, indictment reinstated and matter remitted to Monroe County Court for

further proceedings on the indictment. Same Memorandum as in *People v Anderson* (237 AD2d 989 [decided herewith]). (Appeal from Order of Monroe County Court, Maloy, J.—Dismiss Indictment.) Present—Pine, J. P., Lawton, Doerr, Balio and Boehm, JJ.